# Law Office of Robert Osuna, PC
11 Park Place, Suite 1100
New York, New York 10007
212.233.1033
robertosunapc@yahoo.com

May 2, 2024

Hon. Leda Dunn Wettre
Unites States Magistrate Judge
New Jersey District Court
50 Walnut St #4015,
Newark, NJ 07102

Re:     United States v. Arismendy Ravelo Santos, Mag. No. 21-13022
        Request for Bond Hearing

Dear Hon. Judge Dunn Wettre,

My client was arrested in this matter on January 29, 2021. The Complaint describes conduct that allegedly occurred back in 2019. My client was first arrested by local police and was originally prosecuted in New Jersey State Court.

He made regular appearances several years in State Court in New Jersey before the case was dismissed and the United States Attorney then filed this action.

After Presentment of this Complaint, conditions of release were set. Defendant violated those conditions, and an Order of Detention was made October 15, 2021. Mr. Ravelo Santos failed to appear, and a warrant was issued for his arrest.

On or about August 15, 2023, Mr. Ravelo Santos was arrested on the warrant and has been incarcerated since that day.

The last consent Order to the exclusion of time under the Speedy Trial Act expired December 5, 2024.

My client has now spent almost one year in jail on allegations that date back to 2019. I understand he violated the conditions of his release, but he has been held all this time and there is no indictment on the underlying charges now almost five months since the last Consent Order expired.

Case 2:21-mj-13022-LDW   Document 56   Filed 05/02/24   Page 2 of 2 PageID: 120

Accordingly, I ask the Court to set a date for a Bond Hearing as after so much time in custody with no indictment in place, my client is entitled to some form of reasonable bond. Mr. Ravelo Santos is a United States Citizen with no criminal history whatsoever. He has a family that is willing to post a bond and sign for his release.

No prior request has been made for the relief requested herein.

I am asking for a date after May 15, 2024, as I am presently engaged in the New York State Supreme Court, New York County.

I thank the Court for its attention to this matter.

Sincerely,

/s/

Law Office of Robert Osuna, PC
By:   Robert Osuna, Esq.