Arismendy Ravelo-Santos

354 Doremus avenue
Newark NJ 07102
Case:2:21-mj-13022-LDW

August 19th 2024
Honorable Judge Esther Salas
50 Walnut Street
Newark, NJ 07102

Dear Judge Esther Salas

    I Arismendy Ravelo-Santos am writing you notify you about my ongoing issues I am having with my current lawyer Robert Alexander Osuna and also with this case. Prior to writing you I have been trying to receive some documents that I am supposed to be given by my lawyer which are, the indictment and all documents in relation to this case. Initially when I was incarcerated back in October, 2019 I was charged with one count of (conspiracy to distribute and possess with intent to distribute heroin) which was terminated twice within the time I was in here because my co-defendant took responsibility for the possession on this complaint therefore, I put in a motion for a speedy trial act on or around June, 2024 and my motion got mooted because they indicted me with (possession with intent to distribute heroin) and on that complaint it clearly states that I was never in possession of any drugs, and it wasn't the initial charge on my complaint, also this count doesn't have the quantity that I allegedly distributed so how is that considered a possession?. I've been asking for a copy of this new indictment from my lawyer which I have not received and it's been going on a month. I would appreciate it if it was possible to get all these documents to me and also from this day forward I would like to continue this fight without the assistance of my attorney Robert Alexander Osuna because I feel he doesn't have my best interest.

Respectfully, _____

Arismendy Ravelo-Santos

Page **1** of **1**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CRIMINAL COMPLAINT** |
| v. | : Hon. Leda Dunn Wettre |
| ARGENI CASTRO-TAVERAS, a/k/a "DJ Mouzy," a/k/a "DJ Mausi," and ARISMENDY RAVELO-SANTOS | : Mag. No. 21-13022 |

I, Task Force Officer Michael A. Mora, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Task Force Officer with the United States Drug Enforcement Administration, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Continued on the attached page and made a part hereof:

*TFO Michael Mora*
Michael A. Mora
Task Force Officer
Drug Enforcement Administration

TFO Michael A. Mora attested to this Complaint by telephone pursuant to F.R.C.P. 4.1(b)(2)(A) on January 26, 2021.

HONORABLE LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE

*Hon. Leda Dunn Wettre*
Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
*(Conspiracy to Distribute and Possess with Intent to Distribute Heroin)*

From in or around September 2019 through on or about October 23, 2019, in Essex County, in the District of New Jersey, and elsewhere, the defendants,

ARGENI CASTRO-TAVERAS,
a/k/a "DJ Mouzy,"
a/k/a "DJ Mausi," and
ARISMENDY RAVELO-SANTOS,

did knowingly and intentionally conspire and agree with each other and others to distribute and possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

In violation of Title 21, United States Code, Section 846.

## ATTACHMENT B

I, Michael A. Mora, am a Task Force Officer with the Drug Enforcement Administration. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. Law enforcement has been investigating a drug trafficking organization ("DTO") operating in New Jersey, and elsewhere. During the investigation, law enforcement learned that defendants Argeni Castro-Taveras, a/k/a "DJ Mouzy," a/k/a "DJ Mausi" ("Castro-Taveras") and Arismendy Ravelo-Santos ("Ravelo-Santos") are members of the DTO and distribute narcotics in New Jersey.

2. Through surveillance and other methods of investigation, law enforcement learned in or around September 2019 that Castro-Taveras had a quantity of narcotics that he was looking to sell.

3. On or about October 23, 2019, law enforcement conducted surveillance of a residence in or around Newark, New Jersey (the "Residence"). Among other things, law enforcement observed Ravelo-Santos park a vehicle outside the Residence, exit the vehicle with a black and blue gym bag (the "Bag"), and walk inside the Residence. Law enforcement then observed Ravelo-Santos and Castro-Taveras exit the Residence and walk down the street without the Bag.

4. Law enforcement then executed a search warrant for the Premises. Among other things, law enforcement recovered the Bag, which contained approximately one kilogram of a substance that appeared to be heroin.

5. Law enforcement submitted the suspected narcotics seized from the Bag for laboratory testing, which showed that the Bag contained approximately 937.9 grams of heroin.

Arismendy Raveu Santos #23707373
354 Doremus Ave
Newark, NJ. 07105



Judge Esther Salas
50 Walnut St.
Newark, NJ. 07101